

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00542-CV

**IN RE** Kimberly **WRIGHT**

Original Mandamus Proceeding

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On August 26, 2016, Relator filed a petition for writ of mandamus. The court has considered Relator's petition and Respondents' response and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on September 14, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court